# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  20-SW-007
)
THE RESIDENCE KNOWN )
AS 1416 EASTERN AVE NORTHEAST, APT. B1 )
WASHINGTON, D.C.  20019 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Affidavit.

located in the _____ District of _____Columbia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ☑ evidence of a crime;
  ☐ contraband, fruits of crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

  *Code Section*                                *Offense Description*
  18 U.S.C. Section 922(g)(1)         "Unlawful Possession of a Firearm"

The application is based on these facts:

See Attached Affidavit

  ☐ Continued on the attached sheet.
  ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Officer Aaron B. Dabney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2020
_____
*Judge's signature*

City and state: Washington, DC                Magistrate Judge Deborah A. Robinson
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No.  20-SW-007 |
| THE RESIDENCE KNOWN AS 1416 EASTERN AVE NORTHEAST, APT. B1 WASHINGTON, D.C.  20019 | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Columbia___
*(identify the person or describe the property to be searched and give its location)*:

the residence known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019, which is described as a multi-level brick apartment building.  The front door is white in color with a glass window.  The numbers "1416" are displayed in black on a white background immediately left of the front door. The Unit B1 has a white in color door with the unit descriptor "B 1" in black on the center of the door. Unit "B 1" has a black trim around the door and silver in color doorknob and dead bolt on the left-hand side of the door.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Additional firearms and firearm related items; including but not limited to additional firearms, ammunition, magazines, targets, gun cleaning items, original packaging, photographs and paperwork relating to the possession and/or ownership of firearms as well as mail matter.

**YOU ARE COMMANDED** to execute this warrant on or before ___January 21, 2020___  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Deborah A. Robinson___ .
                                                                                                                                                                                        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  01/08/2020 1:30 pm
                                                                                                                                  *Judge's signature*

City and state:    Washington, DC                                        Magistrate Judge, Deborah A. Robinson
                                                                                                                         *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||||
|---|---|---|
| Case No.: 20-SW-007 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN THE MATTER OF THE**
**APPLICATION OF THE UNITED**
**STATES OF AMERICA FOR A SEARCH**     Case No. 20-SW-007
**WARRANT FOR THE RESIDENCE KNOWN**
**AS 1416 EASTERN AVE NORTHEAST, APT. B1**
**WASHINGTON, D.C.  20019**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

      I, Aaron B. Dabney, an Officer with the Metropolitan Police, hereinafter the Affiant, being duly sworn, deposes and states as follows:

**<u>INTRODUCTION & AFFIANT BACKROUND</u>**

    Your Affiant, Officer Aaron B Dabney, has been an officer with MPD since 2014. Currently, your affiant is assigned to the Street Crimes Unit in the Sixth District. Since becoming a sworn member of MPD, your affiant has assisted with the investigations of numerous firearms violations- the majority of which led to an arrest and conviction. Your affiant has received training and experience in arrest procedures, search and seizure, operations involving cooperating sources, and a variety of other investigative tools available to law enforcement officers. In the course of his training and experience, your affiant has become familiar with the methods and techniques associated with weapons offenses. In the course of conducting weapons investigations, your affiant has been involved and assisted in the use of the following techniques: Conducting physical surveillance, preparing and executing search warrants.  Your affiant has completed training in the detection and seizure of firearms while in the Metropolitan Police Academy, as well as been involved in the investigation, seizure, and arrest of countless individuals in excess of 250 cases. Based upon your affiant's knowledge and experience, as well as consulting with more experienced investigators, your affiant has learned the following:

A. Individuals who possess illegal firearms routinely conceal in their vehicles, residence or the residences of friends or associates, in their business locations, or in the places of operation of the firearm activity, such as a stash house or safe house, large quantities of currency, financial instruments, precious metals, jewelry and other items of value, typically proceeds of illegal firearms transactions.

B. It is common for individuals who deal in the possession, sale of and distribution of illegal firearms, to secrete contraband related to the activity, such as additional guns and ammunition, any papers or records relating to the possession or acquisition of illegal firearms and firearm and related products, at their residences, within their vehicles or the residences of their friends or associates, in their business locations or in the places of operation of the illegal firearm activity.

C. Individuals who possess and deal in the sale and distribution of illegal firearms commonly maintain addresses and telephone number books or papers, which reflect names addresses and or telephone

numbers for their associates and their illegal organization. These individuals often utilize cellular telephones, pagers and telephone systems to maintain contact with their associates in their illegal businesses. These telephone records, bills and pager numbers are often found in their place of residence, or in the residences of their friends or associates, in their business locations, or in their places of illegal firearms activity, such as a stash house or safe house.

D. Individuals who deal in illegal firearms often take photographs of themselves; their associates, their property and illegal contraband. These photos are usually maintained in their residence, vehicles or the residences of their friends or associates, in their business locations, or in the places of operation of their illegal firearms activity, such as a stash house or safe house.

E. Persons who engage in illegal firearms activity often maintain documents, letters and records relating to the illegal activity for long periods of time. This documentary evidence is usually secreted in their vehicles, residence, or the residences of their friends or associates, in their businesses, or in the places of operation of their illegal firearms activity, such as a stash house or safe house. This documentary evidence includes but is not limited to telephone numbers, telephone books, address books, credit card and hotel receipts, plane and bus tickets and receipts, car rental receipts, accounts and records in fictitious names, false identification, money orders, cashier's checks relating to cash transactions and records indicating the existence of facilities used in illegal firearms activity.

F. Individuals involved in illegal firearms activity often own, possess, and/or use weapons as a means to facilitate their illegal activities. Such weapons are most often secreted in their vehicles, residence, or the residence of friends or associates, in their businesses, or in the places of their drug distribution activity, such as a stash house or safe houses along with all related paraphernalia, accessories, ammunition.

G. Persons who illegally possess firearms often handle these items in a manner that said items make direct contact with their human body. During the course of this contact, many times their respective fingerprints and or DNA can be transferred to these items and may remain on the items for some time respective of certain circumstances. Law Enforcement has standard procedures for recovering and identifying said DNA and or latent prints.

**SUBJECT:** Affidavit in support of a Search Warrant for the entire residence known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019, which is described as a multi-level brick apartment building. The front door is white in color with a glass window. The numbers "1416" are displayed in black on a white background immediately left of the front door. The Unit B1 has a white in color door with the unit descriptor "B 1" in black on the center of the door. Unit "B 1" has a black trim around the door and silver in color doorknob and dead bolt on the left-hand side of the door.

2

**INVESTIGATION:**

Your Affiant was personally involved in the MPD investigation as it relates to the Search Warrant application for the residence known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019. (TARGET RESIDENCE)

The event occurred on 12/31/2019 at approximately at 2321 hours at 1350 49th ST NE, (PSA 602), Washington DC.

Officer Dabney (Driver) and Officer Kelly (Front Passenger) were attired in full uniform, while operating a marked scout car, with call sign Crime Suppression Team 7. The Officers were assisted by Officers of the 6th District Crime Suppression Unit. The Officers were canvasing the area of 4905 Nash ST NE after sounds of gunshots were voiced over the 6th District radio zone. As the Officers were canvasing, they noticed the defendant Alphonso Jarra Carter and two other individuals (Sub-1 and Sub-2) walking out of the rear area of 4905 Nash ST NE where the sound of gunshots had originated. Upon observing the scout car, the three individuals immediately crossed the street and cut through the walkway through the grounds of the Ron Brown High School and into the 1300 block of 48th ST NE while walking at a high rate of speed. Further investigation revealed the following account:

After observing the defendant Carter and Sub-1 and Sub-2 leaving the location of the sounds of gunshots the Officers drove into the 1300 block of 48th ST NE where they again observed the defendant Carter and Sub-1 and Sub-2 walking on the sidewalk along the grounds of the Deanwood Recreation Center. The Officers then stopped all three individuals. The defendant Carter immediately began to look from side to side and pinned his right arm against his body in what appeared to be a compliance check of an unknown object.

As the Officers continued to address the three, the defendant Carter suddenly broke away from the other two as he attempted to flee the scene by running through the Officers. As the defendant Carter began to run the Officers observed his right arm come to his right side and stay there as he began to run. Officers also observed what appeared to be an unknown heavy object swinging in the defendant Carter's right jacket pocket. The officers stopped the defendant Carter and as they attempted to secure him on the ground he immediately brought both his hands under his body towards his stomach area. As the Officers began to secure defendant Carter's hands, Officer Dabney felt a hard metal object in the area of defendant Carter's front right pocket. After placing the defendant Carter in handcuffs the officers patted him down and felt what the officers immediately recognized as a firearm in the defendant Carter's right front jacket pocket. The Officers then safely recovered a firearm from the zipped right pocket of defendant Carter's inner jacket.

The weapon recovered was revealed to be a black in color Glock 27 semi-automatic handgun, chambered in 40 caliber, with a serial number of NFV650. The weapon appeared to be fully functional with a barrel length of less than 12 inches and designed to be fired from a single hand. Additionally, a round was loaded in the chamber of the firearm with a magazine locked into the magazine well of the weapon with a max capacity of 13 rounds of ammunition, with the magazine itself loaded with an additional 12 rounds of 40 caliber ammunition.

The defendant verbally identified himself on scene as Alphonso Jarra Carter, with a date of birth of 03/23/1992. His information was also run through a law enforcement database revealing that defendant Carter had a prior conviction for a felony at the time he was found in possession of the weapon (20110CF3005107).

Defendant Carter was subsequently placed under arrest on scene for Carrying a Pistol Without A License, Unlawful Possession of A Firearm, Possession of Unregistered Ammunition, Possession of A High

Capacity Ammunition Feeding Devise, Violation of a Gun Free Zone, and Felon In Possession before being transported to the 6th District Station without incident for processing.

During further investigation it was determined that the defendant Carter has given the address of 1416 Eastern Ave NE, Apt B1, Washington DC 20019 on (5) occasions during the calendar year of 2019. Most recently on 12.20.2019 during a call for service at the target location, and also on 12.31.2019 during his arrest for the above listed offense. Defendant Carter also has the target residence listed as his address on his District of Columbia Driver's permit (Permit Number: 4191587).

Base on the above listed information your affiant believes that there is an overwhelming amount of corroborating information that defendant Carter resides at the location, and that the location is likely to contain additional evidence related to his charges.

**PROBABLE CAUSE:**

Since this affidavit is being submitted for the sole purpose of supporting a finding of probable cause, the Affiant has not included each and every fact known or conveyed to him concerning the investigation. Only those facts deemed necessary for establishing probable cause that a violation of the law has been committed.

In view of the aforementioned facts and circumstances listed above, the Affiant submits that there is probable cause to believe that inside of the **Residence** known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019, which is further described in the affidavit attached to and referenced herein; in the District of Columbia, there is now being concealed property, namely:

Additional firearms/related items, firearm related items; including but not limited to additional firearms, ammunition, magazines, targets, gun cleaning items, original packaging, photographs and paperwork relating to the possession and/or ownership of firearms as well as mail matter.

**REQUEST**:

Your Affiant respectfully requests that a District of Columbia District Court Magistrate Judge issue a search warrant for the entire **Residence** known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019.

Officer Aaron B. Dabney, Badge #2021
Metropolitan Police Department
Sixth District Street Crimes

*Subscribed and sworn to before me this 8th day of January, 2020.*

MAGISTRATE JUDGE
For the District of Columbia

4