AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE RESIDENCE KNOWN<br>AS 1416 EASTERN AVE NORTHEAST, APT. B1<br>WASHINGTON, D.C. 20019 | )<br>)<br>)  Case No.   20-SW-007<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

the residence known as 1416 Eastern Ave Northeast, Apt B1 Washington, D.C. 20019, which is described as a multi-level brick apartment building. The front door is white in color with a glass window. The numbers "1416" are displayed in black on a white background immediately left of the front door. The Unit B1 has a white in color door with the unit descriptor "B 1" in black on the center of the door. Unit "B 1" has a black trim around the door and silver in color doorknob and dead bolt on the left-hand side of the door.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Additional firearms and firearm related items; including but not limited to additional firearms, ammunition, magazines, targets, gun cleaning items, original packaging, photographs and paperwork relating to the possession and/or ownership of firearms as well as mail matter.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 21, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Deborah A. Robinson_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/08/2020 1:30 pm   _____
                                               *Judge's signature*

City and state:   Washington, DC                Magistrate Judge, Deborah A. Robinson
                                               *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20-SW-007 | 12-16-2020 / 1731 | On Dresser in living Room |

Inventory made in the presence of:
Sgt C. Morris, Ofc Goss, Ofc Hahn, Ofc Roccato, Ofc Sparrow

Inventory of the property taken and name of any person(s) seized:

NO Evidence Recovered

**FILED**
JAN 17 2020
Clerk, U.S. District and Bankruptcy Courts

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2020-01-16

*Aaron Dabney*
Executing officer's signature

Aaron Dabney, Officer
Printed name and title